The East Court Counsel, my name is Charles Pellars. I represent Richard Shirrod. It's a lot more than Richard Shirrod. It's about whether injured American workers on the West Coast are going to be able to hire the best lawyers on the West Coast to represent them, or whether they're going to be able to get lawyers who can handle the other cases. The East Court decided six and a half years ago to take the questions first. It worked so it was at the back end. It set objective standards for the lower courts to follow. It said the attorneys need something else to support their compensation. But unfortunately, it worked so well, it just did not follow. Then the standard rate of shift, in Richard Shirrod's case, went to a lower rate, and collected lower rates for other lawyers on the West Coast. The first thing they did is they adopted the wrong standard. They used workers' compensation rates in six cases, which makes some sense, because those cases are lower than standard, but those rates are at 60 percent of the rates of the other cases, especially. In your, again, 2007 FAR survey, those rates were a little lower than these, especially in FAR. It was about 60 percent less in the first two or three cases, so potentially civil litigation for plaintiffs and so forth, substantially less for bankruptcy and other types of cases. And the reason they're lower is that, as the survey said in one of the excerpts from the Intensive Legal Intelligence, which is the successor to the Old File Survey, it is because insurance companies are able to provide certain bargains for their defense lawyers, and those rates are always lower than they've always traditionally been lower. And also, it's a different method of calculating hours, because those lawyers are able to get more hours to make up for the lower hourly rates, and there's a whole bunch of complicated meanings. Substantive quality, equality of rates, and all of this in between. Claims counsel. And I love this, and I broke it down on workers' compensation rates, but they are broken down into civil litigation for plaintiffs, and civil litigation for insurance defense lawyers, and I'm going to point that out to you now. Go on and follow the rates for civil litigation. Go on, yes. I'm going to point that out next time. Let's see. All the numbers. 12 million each. And you're right. It's pretty far to go. As you said, if you serve a society age 62, the answer is to break it. If there's a civil litigation, a plaintiff's personal insurance, and there's 95th percentile, 75th percentile, and so forth, obviously, I think we're going to have to take into account is that most of those injuries are all of a discontinuity. Somehow or other, they're going to break down. And the non-personal injury period, it falls down to 63 rates in civil litigation for a plaintiff, and the plaintiff is paying 62 in civil litigation insurance defense, and the rates are substantially lower, and so they're almost $40 lower, actually, to the top insurance portion of the state for the lower insurance. But when you take those insurance depreciation rates and put them into an equation, my rate in this case is just like almost $40 per hour just by using insurance for the mortgage compensation rate. And what I'm recommending, so forth, suggests a matter of following this six-circuit decision, the lawmaker is a city-run company, and requires that I, in case of legalization, pay $2.50 per hour for the compensation rate. Page 15 of the Civil Litigation Agreement, where I said reviewing rates for the various faculties, note that lawyers who litigate for a service worker's compensation tend to show lower hourly rates. Well, how does it change the fact, security's fact, that this is intellectual property? When did that start to blow? Well, how do we build up a higher amount of charge per hour? How do we expect the business lawyers to earn more than the defense lawyers? How are the attorneys not as effective as their attorneys would be? With time-recording methods, the long hours taken in litigation help to explain this lack of difference. And so, with the judge, he said, you need to look at it in terms of, I said, you know, look, why is that? Is that a market rate? And it's not a market rate. The average should be something close to the market rate. But looking at this, the long-short part of a worker's compensation is wondering how many cases or months which this one burns or gets out of jail or into the center seems to mean they don't. Which most of the cases probably come from the C4 degrees. But, by the way, if you're absolutely correct, lawyers in direct have opportunity to show how the work is done. And so, that's also the question, whether the average should be more than the average should be more, which would be considered in some degree something the same way. That's correct. That's the other thing that I'm concerned with, that I think you're tired to switch now. What work did he do? Did he get ALJ? Um, what was your question? Did he get ALJ? Did he come in to all the work? Did ALJ define the market? Yes. Well, the answer is no. Yes, no. It's a by-demand decision. It's the first decision that has to be made in that situation. I'm sure workers, you're absolutely correct, but ALJ is a typical day. Did he follow the attention of the previous consultant or attention? And did he, uh, have these funny excerpts, which I mentioned he had done? So, did he change the excerpts of record? He took a, uh, he took the overall survey and he took five, he took a aggregating of five areas that we want, four of them we don't know. He's not identified the community at all. And, um, in any one of the four cases that he did, the number one was in case you were, uh, representing the, uh, the, uh, the, uh, one of those cases. He's not identified or mentioned what, what, what, uh, what, you know, report the ALJ cases as well. We know that the four was true. The report states that he established a great business with them. He, too, has chosen to question the business work that was approached in the, uh, in the reports as well. He goes on to use his question as he goes down, down the line between the ALJ and the defense counsel. All right. He told the commissioner in New York who will identify the ALJ depending on the prior determination of, of, of whether the employee is New York. He still stands to deny it was done incorrectly. It was more incorrect. Judges lost the index of his status because to a whole much. I was trying to figure out  get        . But he, I think he's a great guy. And then the, uh, the need to bring people back to school. When the support and the end of the Christmas season took back the school board on July 1st, they, the back of the school board, at first, they took the workers' compensation rate, gave me $3.38 per hour, and then on reconsideration, they took back the workers' compensation rate. They felt that was not a fair market rate. It was an increase in the loss of the workers' compensation rate, and they gave me $3.18 per hour. So, actually, I started over $50 an hour with the support and, of course, per hour. But, they took back the workers' compensation rate. But, for some reason, they let it slide in this case. And, in some sense, it's just a stretch. It hurts all the workers on the West Coast. And, even more importantly, it's starting to hurt future clients on the West Coast. So, I guess I could maybe jump in. It was hard to find everybody to care and support. Um, we think that the, the Archivist and Surveillance Committee are somewhat active because the, the board, the, the board's decision is to define your, um, I guess, your, um, shoulder compensation. I think. Um, you know, two memories I have for this. Um, the, Um, I think it's a part    And it's just a massive project. Um, and the, if you've looked at the VAR survey we a look at the 75% of applicants and if you use the sort of cost of living adjustment it's a larger issue. The origin rate was a little bit lower before the year is that using the ultimate while survey except the VAR survey really made the difference in which there's a decrease in the use of them a lot. Um, and this just was taken out in 2016 and in our case, the shared case, um, the judge told us the cost of living adjustments is different than the origin rate. Um, and the judge told us that, uh, a couple years ago, some of the adjustments came up, but all the while the rate was 340. Um, the, this case was taken down   in 2016 and in   the     cost of living adjustments is different than the origin rate. Um, and the judge told us that, um, the cost of living   340. Um, and the rate was 340. Um, and the cost of living adjustments is 340. Um, and the rate was 340. Um, and the judge  us that   was 340. Um, and the judge told us that the rate was 340.
judges: Burns, Tashima, Bea